Court of Appeals
Seventh District of Texas.
Amarillo, Division

FILED
MAR 26 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Evangelos Pagonis
        Plaintiff Pro Se.


V.                                                    07-15-00090-cv


Catherine Thomas
        Defendant.


MOTION TO INVESTIGATE AND SUBMIT
MARTINEZ REPORT.


Plaintiff has Filed the Instant Civil Right Suit For Theft, and Has Been Granted permission to Proceed In Forma Pauperis.


Plaintiff claims His Legal material was stolen and He was Prevented From Presenting His Evidence To The Court in His Suit.


Plaintiff Request That The Court Order The Attorney General To cause An Investigation to Be Conducted and shall Present a Martinez Report' To The Court Concerning Plaintiff's claim.

A Copy of the Martinez Report shall be Provided to the plaintiff and his Consulate at the same time it is Provided to the Court.

The Attorney General shell Develop a means by which to Ascertain the date the Report is Actually delivered to Plaintiff and Consulate, and should subsequently Certify to the Court the date of delivery.

The plaintiff should be Allowed to Responsed to the Martinez Report.

Plaintiff prays this Court will Grant this Investigation and Order the Attorney General to Conduct this Order.

Respectfully Submitted
Evangelos Pagonis Pro Se.

Executed on this 23 day of march 2015.

[1] Martinez v. Aaron, 570 F.2d 317 (10th Cir 1978); see also, Parker v Carpenter 978 F.2d 190, 192, N.2 (5th Cir 1993) (noting with approval the martinez procedure of ordering prison officials to Investigate the facts Surrounding a Civil Right Suit ...)

CERTIFICATE OF SERVICE.

I. EVANGELOS PAGONIS, HEREBY CERTIFY THE FOREGOING
MOTION TO INVESTIGATE AND SUBMIT MARTINEZ REPORT IS
TRUE AND CORRECT AND HAS BEEN SERVED ON THE
ATTORNEY OF THIS COURT FOR THE DEFENDANT.
JOHNATHAN STONE.
ASSISTANT ATTORNEY GENERAL.
P.O BOX 12548, CAPITOL STATION
AUSTIN, TX 78711

POSTAGE PREPAID AND PLACED IN THE DALHART MAIL ROOM
ON MARCH 23RD. 2015

Evangelos Pagonis
11950 FM 998
DALHART TX 79022

1626253
Evangelos Pasgnis
Dalhart Unit.
11750 Fm 998
Dalhart Texas 79022



FOREVER

Court of Appeals.
Seventh District of Texas
P.o Box 9540
Amarillo, TX 79105-9540

79105$$$$40

Legal.